**No. 10-1238. Rene Junk, as Parent and Next Friend of T. J., a Minor, Petitioner v. Terminix International Company.**

**No. 10-1403. Jim Breneman, Petitioner v. Rene Junk, as Parent and Next Friend of T. J., a Minor.**

565 U.S. 816, 132 S. Ct. 94, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6900.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same cases below, 628 F.3d 439.

**No. 10-1248. Telesaurus VPC, LLC, Petitioner v. Randy Power, et al.**

565 U.S. 816, 132 S. Ct. 95, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6889.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 998.

**No. 10-1273. Arkansas, Petitioner v. Antwan Lavan Fowler.**

565 U.S. 816, 132 S. Ct. 95, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6770.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 431, 371 S.W.3d 677.

**No. 10-1283. Ellen Garman, Guardian and Next Friend of Apryl Garman,**

**Petitioner v. Campbell County School District No. 1, et al.**

565 U.S. 816, 132 S. Ct. 95, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6701.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 630 F.3d 977.

**No. 10-1289. Lamtec Corporation, Petitioner v. Department of Revenue of the State of Washington.**

565 U.S. 816, 132 S. Ct. 95, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6789.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 170 Wash. 2d 838, 246 P.3d 788.

**No. 10-1295. Ravidath Ragbir, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 816, 132 S. Ct. 95, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6710.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 389 Fed. Appx. 80.